Name: Gamze Cakarcan Sbabo
Street Address: P.O. Box 494333
City and County: Redding, Shasta County
State and Zip Code: California 96049-4333
Telephone Number: 661-877-5473

**FILED**

FEB -3 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Gamze Cakarcan-Sbabo

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

- US Department of Education,
- University of Phonix,
- The Great Lakes, Trans Union

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:22 - CV 0236 TLN DMC PS

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Gamze Cakarcan-Sbabo
   Street Address: P.O. Box 494333
   City and County: Redding, Shasta County
   State and Zip Code: California, 96049-4983
   Telephone Number: 661-877-5473

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: U.S. Department of Education
   Job or Title (if known): Att.: FSA Operations @ ed.gov
   Street Address: P.O. Box 429060
   City and County:
   State and Zip Code: San Francisco, CA 94142
   Telephone Number:

   Defendant No. 2
   Name: University of Phoenix
   Job or Title (if known): College of Health Professions, School of Health Service Administrations
   Street Address: Att.: Josh Rodriguez
   City and County: 1625 Fountainhead Parkway Mail Stop M200
   State and Zip Code: Tempe, AZ 85282
   Telephone Number: 602-713-6984

2

Defendant No. 3

Name: The Great Lakes
Job or Title (if known): Att.: Borrower's Services
Street Address: P.O. Box 7860
City and County:
State and Zip Code: Madison, Wisconsin 53707
Telephone Number:

Defendant No. 4

Name: Creditreporting Transunion
Job or Title (if known): Consumer Solutions
Street Address: P.O. Box 1000-2000
City and County: Chester, PA
State and Zip Code: PA, 19016-2000
Telephone Number:

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Family Educational Rights and Privacy Act (FERPA) 20 U.S.C. §1232g; 34 CFR Part 99.1; Violation of 10th Amendment Education Act 1996

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, (name) Hamze Cabaxan-Shabu, is a citizen of the State of (name) California.

    b.  If the plaintiff is a corporation

    The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

    (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

a) U.S. Department of Education
Att: FSA Operations @ ed.gov
P.O. Box 429060
San Fransisco, CA 94142

b) University of Phoenix
1625 Fountainhead Parkway Mail Shop H2000
Tempe, AZ 85282

c) Transunion
P.O. Box 1000-2000
Chester, PA 19016-2000

b.) If the defendant is a corporation

The defendant, (name) __The Great Lakes__ is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) __Wisconsin__. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

[handwritten margin notes: "Woere Senator G.C.", "Warren", "AKA Kim", "Boolpark", "President"]

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

__all the monetary damages I have suffered from the wrongdoing of these companies.__

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Brig. Violation happened through Sale Student advisor: Julius Dubin who's uncle Lee Ubin (Attorney at Law + Musician Johnny L) played a prank on me and took all my money from Citibank. Stanford became Great Lakes all of the sudden. I have never received any funds from Stanford according the money was send to the University of Phonix for the whole program! However, I took only 3 classes to realize that the teachings are secondary education level and not University level and exit the program with a written statement.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Recovery of overpayments & Enforcement of Judgment. The collection companies is harassing me with threads of wage garnishments on a daily basis. I want monetary damages covered for myself and all the negative reports removed from Transunion. I also want that no longer Synagogue members are harassing me or violating my rights and interfering with my job.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/3, 2022

Signature of Plaintiff   Q. Cabarran-Sbabu
Printed Name of Plaintiff   Gamze Cakarcan-Sbabu