# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMZE CAKARCAN-SBABO,<br><br>   Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>   Defendants. | No. 2:22-CV-0236-TLN-DMC-P<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled on Defendants' motion to dismiss set for April 27, 2022, at 10:00 a.m., before the undersigned in Redding, California, is hereby vacated and the matter is submitted on the record and briefs without oral argument. The initial scheduling conference, set for June 8, 2022, at 10:00 a.m., before the undersigned in Redding, California, is also vacated pending final resolution of Defendants' motion to dismiss.

IT IS SO ORDERED.

Dated: April 18, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1