IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMZE CAKARCAN-SBABO,<br><br>              Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>              Defendants. | No.  2:22-CV-0236-TLN-DMC-P<br><br><br><br>ORDER |

    Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the Court is Plaintiff's motion, ECF No. 13, for a hearing in Sacramento, California, on Defendants' pending motions to dismiss, filed on March 21, 2022, and June 14, 2022.  Plaintiff's motion is denied.  As previously explained in orders issued on April 19, 2022, and August 5, 2022, ECF Nos. 10 and 17, Plaintiff is not entitled to a hearing on the pending motions because he did not file oppositions thereto within the time provided under the Court's Local Rules.  Plaintiff has filed an opposition to the motion filed on March 21, 2022, and by separate order the Court has granted Plaintiff additional time to file an opposition to the motion filed on June 14, 2022.  Upon

/ / /

/ / /

/ / /

1

completion of briefing, both motions will stand submitted on the record without oral argument.

        IT IS SO ORDERED.

Dated: September 12, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE