# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMZE CAKARCAN-SBABO, | No. 2:22-CV-0236-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| U.S. DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion, ECF No. 18, for a continuance, which the Court construes as a motion for an extension of time.

Plaintiff seeks additional time to respond to a motion to dismiss filed on June 14, 2022, and notice for hearing on August 17, 2022. As of the due date for Plaintiff's opposition to that motion, based on the noticed hearing date and pursuant to Eastern District of California Local Rule 230, Plaintiff had not filed an opposition and the matter was submitted without hearing. See ECF No. 17. While the Court is not inclined to put the matter back on the Court's hearing calendar given Plaintiff's failure to file a timely opposition before the noticed hearing date, the Court will provide Plaintiff additional time to file a written opposition which the Court will consider when it rules on the matter without a hearing.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a continuance, ECF No. 18, is construed as a motion for an extension of time to file an opposition to the motion to dismiss filed on June 14, 2022, and, so construed, is granted; and

2. Plaintiff may file an opposition within 30 days of the date of this order.

Dated:  September 12, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE