IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMZE CAKARCAN-SBABO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　　Defendants. | No.  2:22-CV-0236-TLN-DMC-P<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the Court are Defendants' unopposed motions to dismiss, ECF Nos. 8 and 16.

　　　　In its motion, Defendant Great Lakes Educational Loan Services, Inc. (Great Lakes), argues: (1) Plaintiff's complaint fails to comply with Federal Rule of Civil Procedure 8; (2) The Family Educational Rights and Privacy Act (FERPA) does not create a private right of action; (3) the Tenth Amendment dos not provide a cause of action against a private entity; and (4) Plaintiff cannot state a claim under the "Education Act of 1996: because there is no such law.  See ECF No. 8.  Defendant Great Lakes seeks dismissal of the complaint in its entirety with prejudice.  See id.  In its separate motion to dismiss, Defendant United States Department of Education (DOE) raises the same arguments.  See ECF No. 16.  Defendant DOE also seeks dismissal of the entire action with prejudice.  See id.

Defendant Great Lakes' motion was originally noticed for hearing on April 27, 2022. Upon Plaintiff's failure to file any opposition to the motion, the Court vacated the hearing and took the matter under submission without oral argument. See ECF No. 10. Defendant DOE's motion was originally noticed for hearing on August 17, 2022. Again, Plaintiff failed to file any opposition and the matter was taken off calendar and submitted without oral argument. See ECF No. 17. Thereafter, Plaintiff sought a continuance, which the Court construed as a motion for an extension of time and granted. See ECF Nos. 18, 20. Plaintiff was granted 30 days from September 13, 2022, to file oppositions to Defendants' pending motions to dismiss. See ECF No. 20. To date Plaintiff has not filed an opposition to either motion or sought additional time to do so.

Pursuant to Eastern District of California Local Rule 230(c), (l), the Court construes Plaintiff's failure to file oppositions to the pending motions to dismiss as his consent to the relief requested in the motions.

Based on the foregoing, the undersigned recommends that Defendants' unopposed motions to dismiss, ECF Nos. 8, 16, be granted and that this action be dismissed in its entirety with prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court. Responses to objections shall be filed within 14 days after service of objections. Failure to file objections within the specified time may waive the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  November 1, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE