UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMZE CAKARCAN-SBABO,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | No. 2:22-cv-00236-TLN-DMC<br><br>**ORDER** |

   Plaintiff, who is proceeding *pro se*, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

   On November 2, 2022, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

   The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 2, 2022, are ADOPTED IN FULL;

2. Defendants' unopposed motions to dismiss (ECF Nos. 8, 16) are GRANTED;

3. This action is DISMISSED in its entirety with prejudice;

4. All other pending motions (ECF Nos. 22, 23) are DENIED as moot; and

5. The Clerk of the Court is directed to enter judgment and close this file.

**DATE: February 7, 2023**

_____
Troy L. Nunley
United States District Judge